**No. 56930.**—B. Westergaard & Co. *v.* United States, protest 180107–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of cheese knives similar in all material respects to those the subject of *B. Westergaard & Co.* v. *United States* (26 Cust. Ct. 77, C. D. 1302), except that the merchandise in question has handles of nickel silver and that said knives are less than 4 inches in length, exclusive of the handle, the claim of the plaintiff was sustained.